UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff

v.                                     Case No. 2:21-mj-30159
                                     Originating No.1:21-mj-00350

**JERAMIAH CAPLINGER,**

       Defendant.
_____/

## GOVERNMENT'S PETITION
## FOR TRANSFER OF DEFENDANT TO
## ANOTHER DISTRICT AND SUPPORTING BRIEF

Pursuant to Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure, the United States of America hereby petitions the Court for an order transferring defendant **JERAMIAH CAPLINGER,** to answer to charges pending in another federal district, and states:

1. On **April 6, 2021,** defendant was arrested in the Eastern District Michigan in connection with a federal arrest warrant issued in the **United States District Court for the District of Columbia based on a Complaint. Defendant is charged in that district with violation of 18 U.S.C. §§1752(a)(1) and(2)- Knowingly entering or remaining in any restricted building or grounds without lawful authority; 40 U.S.C. §§5104(e)(2)(D) and(G)- Violent entry and disorderly conduct on Capitol Grounds; and 40 U.S.C. §5104(d)- Climbing on U.S. Capitol Grounds.**

2. Rule 5 requires this Court to determine whether defendant is the person named in the arrest warrant and is entitled to a preliminary examination as described in Paragraph One above. *See* Fed. R. Crim. P. 5(c)(3)(D)(ii).

WHEREFORE, the government requests this Court to conduct transfer proceedings in accordance with Rule 5 of the Federal Rules of Criminal Procedure.

Respectfully submitted,

SAIMA S. MOHSIN
Acting United States Attorney


s/Robert VanWert
Assistant U.S. Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
robert.vanwert@usadoj.gov
(313) 226-9776


Dated: April 6, 2021