UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff.

                                                          NO. 2:21-mj-30159

v.

**JERAMIAH CAPLINGER,**

      Defendant.

_____/

**ORDER TRANSFERRING DEFENDANT TO
ANSWER TO CHARGES PENDING IN ANOTHER
<u>DISTRICT AND COMMITMENT TO THAT DISTRICT</u>**

This matter coming before the Court on the Government's Petition for Removal, for the reasons stated on the record and pursuant to Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure, it is hereby ordered that defendant Jeramiah Caplinger be transferred to the United States District Court for the District of Columbia for further proceedings in the case of *United States v. Jeramiah Caplinger,* Case No. 1:21-mj-00350.

Defendant who has been ordered released pursuant to the Bail Reform Act of 1984 (18 U.S.C. § 3141 et seq.), shall appear at the following location at the following time:

<u>Tuesday, April 13, 2021 at 1pm, via Zoom for the initial appearance in front of Judge Harvey. Zoom information is as follows:</u>

Courtroom 06 is inviting you to a scheduled ZoomGov meeting.

RECORDING AUDIO OR VIDEO OF ANY COURT PROCEEDING IS STRICTLY PROHIBITED BY FEDERAL LAW.
Time: This is a recurring meeting Meet anytime

Join ZoomGov Meeting
https://uscourts-dcd.zoomgov.com/j/1600140355?pwd=VTlkQ0ZEVmJOTVN3bmUwS05nZndZQT09

Meeting ID: 160 014 0355
Passcode: 634244

One tap mobile
+16692545252,,1600140355#,,,,,,0#,,634244# US (San Jose)
+16468287666,,1600140355#,,,,,,0#,,634244# US (New York)

Dial by your location
        +1 669 254 5252 US (San Jose)
        +1 646 828 7666 US (New York)
        +1 669 216 1590 US (San Jose)
        +1 551 285 1373 US
Meeting ID: 160 014 0355
Passcode: 634244
Find your local number: https://uscourts-dcd.zoomgov.com/u/axnh1pBK5

Join by SIP
1600140355@sip.zoomgov.com

Join by H.323

2

161.199.138.10 (US West)
161.199.136.10 (US East)
Meeting ID: 160 014 0355
Passcode: 634244

     If defendant fails to appear as directed, he will be subject to arrest, revocation of release, and detention, and he could be prosecuted and imprisoned for the crimes of bond jumping or contempt of court.   See 18 U.S.C. §§ 3146, 3148.

**s/CURTIS IVY, JR.**
HONORABLE CURTIS IVY, JR.
United States Magistrate Judge

Entered: April 6, 2021